**Order entered April 16, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00032-CR

**LYDIA L. CURTIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82230-08**

## ORDER

Appellant has informed the Court that she wishes to file a pro se response to the *Anders* brief filed by appellate counsel and has requested an extension of time to do so. The order issued on March 19, 2013 inadvertently identified Doris Berry as appellant's attorney. Courtney Miller is actually appellant's attorney at the time.

Accordingly, we **ORDER** appellate counsel Courtney Miller to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Ms. Miller to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

We **ORDER** appellant to file her pro se response by **JULY 22, 2013**.

We **DENY** appellant's April 4, 2013 pro se "motion to remove Courtney Miller." Counsel's removal is not necessary at this time. Appellant is being provided the record and is entitled to respond to the *Anders* brief filed by counsel.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Rusch, Presiding Judge, 401st Judicial District Court, and to Courtney Miller.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Lydia Curtis, Collin County Detention Facility, 4300 Community Avenue, McKinney, Texas 75071.

/s/     DAVID EVANS
JUSTICE